


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Venice PI, LLC**<br><br>*Plaintiff,*<br><br>vs.<br><br>**John Does 1-14**<br><br>*Defendant.* | CIVIL ACTION<br><br>Case No. 17-cv-3325-JHS |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT JOHN DOE #4 (IP address 73.81.161.210) ONLY**

FILED
OCT 12 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**PLEASE TAKE NOTICE** that the Plaintiff and Defendant John Doe 4 have reached a settlement that disposes of the claims of Plaintiff against said Defendant in their entirety. As such, pursuant to Local Rule 41.1(b), please issue an Order dismissing Plaintiff's claims against Defendant John Doe 4 in this matter without costs but with prejudice.

ENTERED
OCT 13 2017
CLERK OF COURT

/s/ Charles Thomas, Esquire
Creative Rights Law Group, PLLC
426 E. Baltimore Pike
Media, PA 19063
610-891-6500
cthomas@LMHLaw.com
Attorney for Venice PI, LLC

BY THE COURT:

APPROVED AND SO ORDERED:
October 12, 2017

_____
                                       J.